UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL GUIDRY,

    Plaintiff,

v.

                              Case No. 04-CV-72923-DT

ROY RIVERS,

    Defendant.
                                         /

**ORDER OF DISMISSAL**

On September 19, 2005, the court held a final pre-trial conference during which the parties reached an amicable resolution of all claims in this case. The terms were recited to the court. The parties may reduce the agreement to writing if they wish.

IT IS ORDERED that the above-captioned case is DISMISSED WITHOUT PREJUDICE subject to the right of either party to move for reinstatement of this case within 60 days of this order if the objects of the recited settlement are not met. After 60 days, this dismissal becomes WITH PREJUDICE. Each party is to bear its own costs and fees.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: September 21, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 21, 2005, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\CAPTIONS\04-72923.GUIDRY.DismissalSettlement.wpd